# Third District Court of Appeal

## State of Florida

Opinion filed May 15, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1580
Lower Tribunal No. 23-11408 SP
_____

**Grand Central Food Station LLC**,
Appellant,

vs.

**Zuzu Food LLC,**
Appellee.

An appeal from the County Court for Miami-Dade County, Patricia Marino Pedraza, Judge.

Nicholas D. Sanchez, for appellant.

No appearance for appellee.[1]

_____

[1] Appellee, a business entity, attempted to file an answer brief through its principal. While proceeding without representation is permissible in the trial court in small claims actions, it is prohibited in appellate proceedings. See Fla. Sm. Cl. R. 7.050(a)(2) ("A non-attorney may not represent a business entity in appellate proceedings.").

Before LOGUE, C.J., and MILLER, and LOBREE, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Applegate v. Barnett Bank of Tallahassee</u>, 377 So. 2d 1150, 1152 (Fla. 1979).